

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2008

*Via facsimile (212) 805-6191*
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

   Re: United States v. Bobby Saunders, et al.
     S4 07 Cr. 3 (BSJ)

Dear Judge Jones:

  The Government respectfully requests a two-week extension of time in which to file its response to the only pretrial motion from the defense that has been filed to date, namely the motion to suppress filed by defendant Jermell Falzone on or about June 17, 2008. The Government's response is due today, and we therefore respectfully request extension of that deadline to July 25, 2008. I have spoken with counsel for defendant Falzone, John Burke, Esq., and he has no opposition to this request.

  Thank you for your consideration of this request.

            Very truly yours,

            MICHAEL J. GARCIA
            United States Attorney

        By: *[signature]* /DH
           Michael Q. English
           Assistant United States Attorney
           (212) 637-2594

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2008

cc: All defense counsel (by fax)

*Application is granted.*
*So ordered.*
*Barbara S. Jones USDJ*
*July 14, 2008*

TOTAL P.01